IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALICIA DE LA CRUZ<br>Plaintiffs<br>v.<br><br>STATE FARM LLOYDS<br>Defendant | § § § § § § | Civil Action No. 1:10-cv-00263 |

## DEFENDANT'S OFFER OF JUDGMENT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Defendant State Farm Lloyds makes the following offer of judgment under Federal Rule of Civil Procedure 68.

## I. INTRODUCTION

1.1. Plaintiff, Alicia De La Cruz, filed suit against Defendant, State Farm Lloyds, in the 138th Judicial District, Cameron County, Texas, on or about August 20, 2010, for contractual and extra-contractual damages. The suit involves a dispute over the handling of Plaintiff's insurance claim made under her homeowner's policy for alleged losses sustained to her property as a result of wind damage and/or water damage following Hurricane Dolly.

1.2. State Farm timely answered and removed this case to federal court pursuant to U.S.C. § 1441(a). The Court has jurisdiction of this matter pursuant to U.S.C. § 1332.

1.3. State Farm makes this offer more than 14 days before the date this case is set for trial. FED. R. CIV. P. 68(a).

## II. OFFER OF JUDGMENT

2.1. State Farm offers $70,000, for which judgment may be entered. *See* FED. R. CIV. P. 68; *Harrington v. County of Sonoma*, 12 F.3d 901, 907 (9th Cir. 1993).

2.2. This offer is made without an admission of liability and is in exchange for the Plaintiff's execution of a Full and Final Release and Indemnity Agreement releasing all claims and causes of action against State Farm which have been brought or could have been brought in this lawsuit.

2.3. State Farm agrees to pay the costs accrued to date. *Id.*; *see Holland v. Roeser*, 37 F.3d 501, 504 & n. 1 (9th Cir. 1994).

2.4. Attorney fees are included within and as part of the $70,000 offer. *Nusom v. Comh Woodburn, Inc.*, 122 F.3d 830, 834 (9th Cir. 1997).

2.5 This offer is made subject to the rights and interests of third parties that may exist by virtue of an interest in the property made the basis of this suit, or as insureds or additional insureds under the terms and conditions of homeowner's Policy of insurance made the basis of this suit, or under the terms of other agreements, if any. As further condition of this offer, State Farm Lloyds requires that Plaintiff identify any person or entity, including the Small Business Administration, mortgage companies, lending institutions, or other persons or entities that may have a lien or other interest to which these funds may be subject. Payment will then be made consistent with the interests of Plaintiff and third parties' interests in proceeds.

## III. DEADLINE TO ACCEPT

3.1. This offer of judgment will remain open and irrevocable for 14 days after service. FED. R. CIV. P. 68(a); *Ramming v. Natural Gas Pipeline Co.*, 390 F.3d 366, 370 (5th Cir. 2004).

3.2. If Plaintiff does not respond in writing within 14 days after service of this offer of judgment, the offer is deemed withdrawn. FED. R. CIV. P. 68(a)-(b); *see Richardson v. National R.R. Passenger Corp.*, 49 F.3d 760, 764 (D.C. Cir. 1995).

Respectfully submitted,

_____
David R. Stephens
State Bar No. 19146100
Southern District No. 21360
The Vogue Building
600 Navarro, 6th Floor
San Antonio, Texas 78205
(210) 227-2200 Telephone
(210) 227-4602 Facsimile

And

Rene O. Oliveira
State Bar No. 15254700
Southern District No. 4033
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Rd., Ste. 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

*Attorneys for Defendant State Farm Lloyds*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Defendant's Offer of Judgment* was filed electronically with the United States District Court for the Southern District of Texas, Brownsville Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court via *ECF* on this ___19___ day of **September 2011**, addressed to those who do not receive notice from the Clerk of the Court.

J. Steve Mostyn
*State Bar No. 00798389*
Theresa Lynn
*State Bar No. 00787935*
THE MOSTYN LAW FIRM
3810 West Alabama Street
Houston, Texas 77027

_____
DAVID R. STEPHENS